**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10299 |
| Plaintiff - Appellee, | D.C. No. 2:12-cr-00877-JAT-2 |
| v. | |
| HECTOR FRANCISCO ORTIZ, Jr., a.k.a. Hector Eduardo Ortiz, Jr., | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
James A. Teilborg, Senior District Judge, Presiding

Submitted December 2, 2015[**]

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

Hector Francisco Ortiz, Jr. appeals from the district court's judgment and

challenges his guilty-plea convictions and concurrent 120-month sentences for

violating 18 U.S.C. § 1956(h) and 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vii) and 846.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

He also challenges his conviction and consecutive 60-month sentence for violating 18 U.S.C. § 924(c)(1)(A)(i). Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Ortiz's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel. Ortiz has filed a pro se supplemental brief. No answering brief has been filed.

Ortiz has waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**